Argued and submitted October 9, affirmed December 2, 1992

## Jack LARGENT,
### dba Largent Management Company,
*Appellant,*

*v.*

## STATE FARM FIRE & CASUALTY COMPANY,
*Respondent.*

(9006-03887; CA A69831)

842 P2d 447

Robert E. L. Bonaparte, Portland, argued the cause for appellant. With him on the briefs were Michael J. Gentry and Tooze Shenker Holloway & Duden, Portland.

J. Philip Parks, Salem, argued the cause for respondent. With him on the brief were Billy M. Sime and Parks, Bauer & Sime, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Plaintiff insured appeals from a summary judgment for defendant insurer in this action for intentional interference with business relationships arising from defendant's denial of plaintiff's insurance claim and the resulting litigation. *See Largent v. State Farm Fire & Casualty Co. (A71495)*, 116 Or App 595, 842 P2d 445 (1992). The evidence on which plaintiff relies to create a material question of fact about the existence of an improper motive or improper means has no tendency to show either. *See Rossi v. State Farm Mutual Auto Ins. Co.*, 90 Or App 589, 752 P2d 1298, *rev den* 306 Or 414 (1988). Summary judgment was proper.

Affirmed.